OPINION — AG — ** LIBRARY BOARD MEMBER — DUAL OFFICER HOLDING ** (1) A PUBLIC LIBRARY BOARD MEMBER APPOINTED IN ACCORDANCE WITH 11 O.S. 31-102 [11-31-102] IS A PUBLIC OFFICER WITHIN THE MEANING OF 51 O.S. 6 [51-6] (2) A MULTI COUNTY LIBRARY BOARD MEMBER APPOINTED IN ACCORDANCE WITH 65 O.S. 4-102 [65-4-102], 65 O.S. 4-103 [65-4-103], IS A PUBLIC OFFICER WITHIN THE MEANING OF 51 O.S. 6 [51-6] (3) A LIBRARY COMMISSION MEMBER APPOINTED IN ACCORDANCE WITH EITHER 65 O.S. 154 [65-154], 65 O.S. 554 [65-554] IS A PUBLIC OFFICER WITHIN MEANING OF 51 O.S. 6 [51-6] (DUAL OFFICE HOLDING, DEFINITION, PUBLIC OFFICER, LIBRARY, COMMISSIONERS, COUNTY, MUNICIPALITIES) CITE: 11 O.S. 31-102 [11-31-102], 65 O.S. 152 [65-152], 65 O.S. 154 [65-154], 65 O.S. 553 [65-553], 65 O.S. 554 [65-554], 65 O.S. 4-102 [65-4-102], 65 O.S. 4-103 [65-4-103] OPINION NO. 78-171, OPINION NO. 80-127 (PATRICK W. WILLISON) SEE: OPINION NO. 88-068 === SEE: OPINION NO. 89-071 (1990) ===